JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE FOWER, | | Case No. CV 22-07115 DMG (ADS) |
| | Petitioner, | |
| | | JUDGMENT |
| | v. | |
| B. BIRKHOLZ, WARDEN, | | |
| | Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, the Court adjudges the above-captioned case dismissed in its entirety without prejudice.

DATED: May 4, 2023

　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　United States District Judge